**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern_____ District of __Texas_____
                                  (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

CVE Technology Group, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

CWS - Allen

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

0 1 – 0 7 5 8 1 9 6
EIN

**5. Debtor's address**

**Principal place of business**

915 Enterprise Blvd.
Number    Street

_____

Allen                    TX    75013
City                     State  ZIP Code

Collin
County

**Mailing address, if different**

3000 E. Plano Pkwy.
Number    Street

_____
P.O. Box

Plano                    TX    75074
City                     State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                     State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor ___CVE Technology Group, Inc._____    Case number (*if known*)_____
      *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | http://cveusa.com/ (no longer active) |

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
   District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

   Debtor _____ Relationship _____
   District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [x] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: CVE Technology Group, Inc.

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Effex Management Solutions, LLC | [1] Breach of contract; staffing services | $ 866,648.64 |
| MDMartin LLC | [2] Breach of contract; staffing services; judgment | $ 8,000,000.00 |
| Lark LLC dba OnTrack Staffing | [1] Breach of contract; staffing services | $ 409,465.17 |

1 not including interest or late fees
2 with interest thereon at the rate of 5% per annum from November 12, 2019

Total of petitioners' claims: $ 9,276,113.81

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

Petitioning creditors believe that Debtor has fewer than 12 qualifying unsecured creditors. The petitioning creditors do not believe more than one creditor is needed because they do not believe the debtor has more than 11 creditors.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
- Name: Effex Management Solutions, LLC
- Number/Street: 1302 Kingwood Drive
- City: Kingwood   State: TX   ZIP Code: 77339

Name and mailing address of petitioner's representative, if any
- Name: Louis Flory
- Number/Street: 1302 Kingwood Drive
- City: Kingwood   State: TX   ZIP Code: 77339

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/30/2019

X /s/ Louis Flory III
Signature of petitioner or representative, including representative's title

**Attorneys**

- Printed name: Ross Spence
- Firm name: Snow Spence Green LLP
- Number/Street: 2929 Allen Parkway, Suite 2800
- City: Houston   State: TX   ZIP Code: 77019
- Contact phone: (713) 335-4832   Email: ross@snowspencelaw.com
- Bar number: 18918400
- State: Texas

X /s/ Ross Spence
Signature of attorney

Date signed: 12/30/2019

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor  CVE Technology Group, Inc.
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

MDMartin LLC
Name

3939 Beltline Rd., Suite 600
Number  Street

Addison     TX     75001
City        State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Lee
Name

2515 Belmeade
Number  Street

Carrollton  TX     75006
City        State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2019
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Ross Spence
Printed name

Snow Spence Green LLP
Firm name, if any

2929 Allen Parkway, Suite 2800
Number  Street

Houston     TX     77019
City        State  ZIP Code

Contact phone  (713) 335-4832   Email  ross@snowspencelaw.com

Bar number  18918400

State       Texas

✗ _____
Signature of attorney

Date signed  12/30/2019
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Lark LLC dba OnTrack Staffing
Name

3939 Belt Line Rd., Suite 205
Number  Street

Addison     TX     75001-5832
City        State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Adam Kincheloe
Name

3939 Belt Line Rd., Suite 205
Number  Street

Addison     TX     75001-5832
City        State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2019
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Ross Spence
Printed name

Snow Spence Green LLP
Firm name, if any

2929 Allen Parkway, Suite 2800
Number  Street

Houston     TX     77019
City        State  ZIP Code

Contact phone  (713) 335-4832   Email  ross@snowspencelaw.com

Bar number  18918400

State       Texas

✗ _____
Signature of attorney

Date signed  12/30/2019
             MM / DD / YYYY

---

Debtor  CVE Technology Group, Inc.
      Name

Case number (if known) _____

**Name and mailing address of petitioner**
MDMartin LLC
Name

3939 Beltline Rd., Suite 600
Number    Street

Addison    TX    75001
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Mark Lee
Name

2515 Belmeade
Number    Street

Carrollton    TX    75006
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2019
      MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Ross Spence
Printed name

Snow Spence Green LLP
Firm name, if any

2929 Allen Parkway, Suite 2800
Number    Street

Houston    TX    77019
City    State    ZIP Code

Contact phone  (713) 335-4832    Email  ross@snowspencelaw.com

Bar number  18918400

State  Texas

✘ _____
Signature of attorney

Date signed  12/30/2019
      MM / DD / YYYY

---

**Name and mailing address of petitioner**
Lark LLC dba OnTrack Staffing
Name

3939 Belt Line Rd., Suite 205
Number    Street

Addison    TX    75001-5832
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Adam Kincheloe
Name

3939 Belt Line Rd., Suite 205
Number    Street

Addison    TX    75001-5832
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2019
      MM / DD / YYYY

✘ *[signature]*
Signature of petitioner or representative, including representative's title

Ross Spence
Printed name

Snow Spence Green LLP
Firm name, if any

2929 Allen Parkway, Suite 2800
Number    Street

Houston    TX    77019
City    State    ZIP Code

Contact phone  (713) 335-4832    Email  ross@snowspencelaw.com

Bar number  18918400

State  Texas

✘ *Ross Spence [signature]*
Signature of attorney

Date signed  12/30/2019
      MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4