CAUSE NUMBER: 19-43460

IN RE CVE TECHNOLOGY GROUP, INC, CWS-ALLEN, DEBTOR*
**PLAINTIFF**

VS.

**DEFENDANT**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS

### AFFIDAVIT IN SUPPORT OF MOTION FOR ALTERNATE SERVICE

BEFORE ME, the undersigned authority, on this day **GUY CONNELLY**, personally appeared before me and stated under oath as follows:

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 2701 W. 15th STREET, SUITE 567, PLANO, TX 75075, U.S.A.

ON **Thursday January 02, 2020 AT 09:54 AM** - , **SUMMONS TO DEBTOR IN INVOLUNTARY CASE; INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL** came to hand for service upon **CVE TECHNOLOGY GROUP, INC, BY SERVING ITS REGISTERED AGENT, KYU TAEK CHO OR OFFICER, AMOS CHIN**.

On **Thursday January 02, 2020 at 04:40 PM** - I attempted service at **4116 KITE MEADOW DRIVE, PLANO, TX 75074, U.S.A.** The door was answered by Darshan, who verified that Kyu Taek Cho resides at the listed address and will be home in 10 minutes. Darshan asked for my number so I gave her my business card and I sat in the car and waited. Approximately 10 minutes later, Darshan came out and said she spoke with Mr. Cho, who stated that he won't be there for a while. Mr Cho said he will call when home. I did not receive any return calls.

On **Friday January 03, 2020** at **09:45 AM** - I attempted service at 3000 E. Plano PKWY, Plano, TX 75074. This business is called Phoenix. I spoke with a security guard named Glen who stated they CVE Technology used to occupy the building but they left. Glen did not know where. The security supervisor, Karim, came out and stated that he used to work for CVE and Cho. Karim said the Enterprise Boulevard address was closed. Karim also verified Mr. Cho's residence at **4116 KITE MEADOW DRIVE, PLANO, TX 75074, U.S.A.**

On **Monday January 06, 2020** at **09:25 AM** - I attempted service at **4116 KITE MEADOW DRIVE, PLANO, TX 75074, U.S.A.** There was no answer at the door. I left a delivery notice attached to the front entrance. There were no vehicles visible. I attempted but was unable to speak to neighbors.

On **Monday January 06, 2020** at **03:15 PM** - I attempted service at **4116 KITE MEADOW DRIVE, PLANO, TX 75074, U.S.A.** There was no answer at the door. My previous delivery notice was still attached to the front entrance. There were no vehicles present at the time of attempt. I attempted to, but was not able to speak to neighbors.

It is my belief that **CVE TECHNOLOGY GROUP, INC, BY SERVING ITS REGISTERED AGENT, KYU TAEK CHO OR OFFICER, AMOS CHIN**, would receive effective notice of this suit by leaving a copy of the ,**SUMMONS TO DEBTOR IN INVOLUNTARY CASE; INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL** with anyone over the age of sixteen or securely attaching them to the front door, or mailed by certified mail, return receipt requested and/or by regular mail, pursuant to Rule 106 TRCP at place of abode, **4116 KITE MEADOW DRIVE, PLANO, TX 75074 U.S.A.**

**FURTHER AFFIANT SAYETH NOT.**

_____
**GUY CONNELLY**
PSC#2201 EXP 09/30/20

SWORN TO AND SUBSCRIBED before me by GUY CONNELLY appeared on this _____ day of JANUARY, 2020 to attest witness my hand and seal of office.

DAVID SHANE GEBHARDT
Notary Public, State of Texas
Comm. Expires 04-09-2020
Notary ID 128949619

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS